**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| **SHARI ACOSTA** ) | |
| ) | |
| *PLAINTIFF* ) | |
| v. ) | 20-cv-1189 |
| ) | |
| **DISTRICT OF COLUMBIA, et al.** ) | |
| ) | |
| *DEFENDANTS* ) | |
| ) | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THE RULE 16.3 REPORT**

Comes now, Plaintiff Shari Acosta, by and through counsel, and hereby files this Unopposed Motion for an Extension of Time to File the Rule 16.3 Report, and in support thereof states as follows.

The Parties' Rule 16.3 Report is due June 9, 2020. Plaintiff requests a one day extension of time, through June 10, 2020, to file the Parties' Rule 16.3 Report. Counsel for the Parties conferred on Monday, June 8, 2020, and need additional time to confer to attempt to reach an agreement on the discovery schedule. Accordingly, Plaintiff's counsel requests a one day extension of time, through June 10, 2020, to file the Parties' Rule 16.3 Report.

Counsel for Plaintiff contacted counsel for Defendants for Defendants' position on this request and Defendants do not oppose the Motion.

WHEREFORE, Plaintiff respectfully requests a one day extension of time, through June 10, 2020, to file the Parties' Rule 16.3 Report.

Date:   June 9, 2020                              Respectfully submitted,

      /s/ *David A. Branch*
David A. Branch, DC Bar #438764
Law Office of David A. Branch, & Assoc., PLLC
1828 L St., NW, Suite 820
Washington, D.C. 20036
(202) 785-2805 phone
(202) 785-0289 fax
davidbranch@dbranchlaw.com

**Certificate of Service**

I hereby certify this 9th day of June 2020, that Plaintiff's Unopposed Motion for Extension to file the Rule 16.3 report.


Michelle Hersch
Office of Attorney General
441 Fourth Street, NW, Suite 1100S
Washington, DC 20001

Matthew Blecher
Assistant Attorney General
Civil Litigation Division, Section III
Office of the Attorney General for the District of Columbia
441 Fourth Street, NW, Suite 630S
Washington, D.C. 20001
(202) 442-9774
(202) 730-0586 (fax)
matthew.blecher@dc.gov


                                                  /s/ *David A. Branch*
                                                    David A. Branch

**IN THE UNITED STATES DISTRICT COURT  FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| **SHARI ACOSTA**              ) <br> ) <br> *PLAINTIFF*            ) <br> **v.**                              )    **20-cv-1189** <br> ) <br> **DISTRICT OF COLUMBIA, et al.**   ) <br> ) <br> *DEFENDANTS*         ) <br> ) | |

**[PROPOSED] ORDER**

Upon consideration of the Unopposed Motion for an Extension of Time to File Rule 16.3 Report, it is:

**ORDERED** that the motion be and hereby is **GRANTED**.  The Parties shall file their Rule 16.3 Report on June 10, 2020 .

**SO ORDERED**.

_____                                     _____
Date                                                                          U. S. District Court Judge

4