UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARI ACOSTA,<br><br>    *Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:20-cv-01189-RC |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

Comes now, Plaintiff Shari Acosta, by and through counsel, and files this Unopposed Motion to Amend Scheduling Order, and in support thereof states as follows.

Plaintiff's expert report is due July 6, 2020, and this Court previously indicated that he is open to allowing parties to complete expert discovery after resolution of dispositive motions. The parties already conferred and indicated an interest to file dispositive motions in this matter. ECF No. 25. Plaintiff respectfully requests that expert discovery be delayed until after the court issues a decision on any motions for summary judgment. Plaintiff may need to designate financial and mental health experts for the purposes of damages. In the interest of judicial economy, convenience, and orderliness, Plaintiff respectfully requests that expert discovery regarding damages be delayed until after the court issues a decision on motion for summary judgment.

Plaintiff's counsel contacted counsel for Defendants for Defendants' position on this motion, and Defendants state: "As long as none of the other dates or deadlines in the Scheduling Order are [a]ffected, Defendants take no position regarding the bifurcation of expert discovery."

Wherefore, Plaintiff respectfully requests that expert discovery be delayed until after the court issues a decision on any motions for summary judgment.

Date:   July 6, 2020                                Respectfully submitted,

                                                              /s/
                                      David A. Branch #438764
                                      Law Offices of David A. Branch
                                      & Associates, PLLC
                                      1828 L Street, NW, Suite 820
                                      Washington, DC 20036
                                      (202) 785-2805 (phone)
                                      davidbranch@dbranchlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2020, I caused a copy of the foregoing to be served electronically on Defendants' counsel listed below:

Alicia M. Cullen
Matthew R. Blecher
Michelle G. Hersh
Elizabeth G. Slover

                                                                        */s/ David A. Branch*
                                                                         David A. Branch

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SHARI ACOSTA,

    *Plaintiff*,

v.

DISTRICT OF COLUMBIA, *et al.*,

    *Defendants.*

Civil Action No. 1:20-cv-01189-RC

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Unopposed Motion to Amend Scheduling Order, it is

**ORDERED** that the Motion is **GRANTED**.

This Court shall set deadlines for expert discovery if it denies any motions for summary judgment.

    **SO ORDERED.**

                                      Honorable Judge Rudolph Contreras

Copied:
All counsel of record.