UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHARI ACOSTA,               )<br>                             )<br>            *Plaintiff,*       )<br>                             )<br>    v.                       )<br>                             )<br>DISTRICT OF COLUMBIA, *et al.,* )<br>                             )<br>            *Defendants.*     )<br>                             ) | Case No.: 1:20-cv-01189-RC<br><br>Jury Trial Demand |

## PLAINTIFF'S NOTICE OF RELEVANT PLEADING

Comes now Plaintiff Shari Acosta, by and through counsel, and hereby files this Notice of Relevant Pleading, and in support thereof states as follows.

Defendants submitted a Motion to Dismiss, or, Alternatively, for Summary Judgment on February 12, 2021, Dkt. No. 50-51, and Plaintiff's Opposition is due on March 5, 2021. Plaintiff wishes to bring to the Court's attention a decision issued by the District of Columbia Office of Employee Appeals on February 25, 2021, reversing the twenty-day suspension issued by the Defendants to Plaintiff Acosta in November 2019.

Wherefore, Plaintiff respectfully submits this Notice of Relevant Pleading with a copy of the Administrative Judge's Decision as Exhibit A.

1

Date: February 26, 2021	Respectfully Submitted,


      /s/ *David A. Branch*  
David A. Branch, D.C. Bar No.: 438764  
Law Office of David A. Branch, & Assoc., PLLC  
1828 L Street, NW  
Suite 820  
Washington, D.C. 20036  
Phone: (202) 785-2805  
Fax: (202) 785-0289  
Email: davidbranch@dbranchlaw.com

## CERTIFICATE OF SERVICE

I hereby certify this 26th day of February 2021, that a copy of the foregoing was sent electronically via the Court's CM/ECF e-filing system to counsel for Defendants listed below.

Matthew R. Blecher
Office of the Attorney General for the District of Columbia
441 Fourth Street, NW
Suite 600 South
Washington, DC 20001
Phone: (202) 442-9774
Fax: (202) 730-0586
Email: matthew.blecher@dc.gov

*Counsel for Defendant,*
*District of Columbia, et al.*

          /s/ *David A. Branch*
          David A. Branch