UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARI ACOSTA,<br><br>      *Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>      *Defendants.* | Case No.: 1:20-cv-01189-RC<br><br>**Jury Trial Demand** |

### [PROPOSED] O R D E R

Upon consideration of the Consent Motion for an Extension of Time to File Plaintiff's Opposition to Defendants' Motion for Summary Judgment and for Defendants to File the Reply, it is:

**ORDERED** that the motion be and hereby is **GRANTED.**  Plaintiff shall file Plaintiff's Opposition on or before March 12, 2021 and Defendants shall file the Reply on or before March 26, 2021.

_____                                        _____
Date                                                                                                    Honorable Judge Rudolph Contreras

Copied:

All counsel of record.