UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARI ACOSTA,<br><br>      *Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>      *Defendants*. | Civil Action No. 1:20-cv-01189-RC |

## JOINT STATUS REPORT

Plaintiff and Defendants submit this Joint Status Report in response to the Court's November 1, 2021 Minute Order requiring that the Parties update the Court on the status of ongoing settlement efforts by December 1, 2021. As of October 29, 2021, the Parties have reached an agreement in principle settling all Plaintiff's pending claims from her employment with the Rental Housing Commission, including those here. The Parties have nearly finalized their agreement, which they will then promptly execute. The Parties propose that the Court set another joint status report deadline for 30-day period—January 5, 2022.

Date:  December 1, 2021

Respectfully submitted,

*/s/ David A. Branch*
DAVID A. BRANCH [438764]
Law Office of David A. Branch & Assocs., PLLC
1828 L Street, N.W., Suite 820
Washington, D.C. 20036
Phone:  (202) 785-2805
Fax:  (202) 785-0289
Email:  davidbranch@dbranchlaw.com

*Counsel for Plaintiff Shari Acosta*

-and-

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Acting Chief, Civil Litigation Division, Section III

/s/ *Ryan Martini*
RYAN MARTINI [888241897]
Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 724-7322
Fax: (202) 741-0555
Email: ryan.martini@dc.gov

*Counsel for Defendants District of Columbia and Michael Spencer*