IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SHARI ACOSTA, | ) |
| *Plaintiff*, | ) Case No. 1:20-cv-01189-RC |
| v. | ) |
| DISTRICT OF COLUMBIA, | ) |
| *Defendant*. | ) |

## PLAINTIFF'S STATUS REPORT

Comes now Plaintiff Shari Acosta (hereinafter "Plaintiff"), by and through counsel, and submits this Status Report in response to the Court's January 5, 2022 Minute Order ordering Parties to submit another joint status report on or before February 4, 2022, if the matter has not been dismissed prior to the date.

This matter settled in November 2021 and Defendant District of Columbia (hereinafter "Defendant") provided a final settlement agreement on January 14, 2022, and this agreement was signed and returned to Defendant on January 14, 2022.  The Parties have not been able to close out this matter because Defendant has not executed the settlement agreement which was prepared by Defendant and returned to Defendant on January 14, 2022.  Plaintiff requests the Court set an in-person hearing on February 4, 2021.

Date: January 28, 2022						Respectfully submitted,

						  */s/ David A. Branch*
						David A. Branch, D.C. Bar No. 438764
						Law Office of David A. Branch &
						Associates, PLLC
						1828 L Street, N.W., Suite 820
						Washington, D.C. 20036
						Phone: (202) 785-2805
						Fax: (202) 785-0289
						Email: davidbranch@dbranchlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of January 2022, the foregoing was served electronically via the Court's e-filing system on counsels for the Defendant listed below.

Matthew R. Blecher
Acting Chief, Civil Litigation Division, Section III
400 6th Street, N.W.
Washington, D.C. 20001
Phone: (202) 442 – 9774
Email: matthew.blecher@dc.gov

Ryan Martini
Assistant Attorney General
Civil Litigation Division
400 6th Street, N.W.
Washington, D.C. 20001
Phone: (202) 741 – 0555
Email: ryan.martini@dc.gov

*Counsels for Defendant*
*District of Columbia.*

                                                  */s/ David A. Branch*
                                                  David A. Branch