IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHARI ACOSTA, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:20-cv-1189-RC |
| v. | ) ) | |
| DISTRICT OF COLUMBIA, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE REGARDING CURE OF BREACH OF SETTLEMENT

Comes now Plaintiff Shari Acosta, by and through counsel, and hereby files this Notice Regarding Cure of Breach of Settlement in this matter.

Plaintiff wishes to advise the Court that the Defendant has made the payments required in the settlement agreement and is no longer in breach of the agreement.

Date: March 4, 2022

Respectfully submitted,

　　　　*/s/ David A. Branch*
David A. Branch
D.C. Bar No. 438764
The Law Office of David A. Branch &
Associates, PLLC
1828 L Street, N.W., Suite 820
Washington, D.C. 20036
Phone: (202) 785-2805
Fax: (202) 785-0289
Email: davidbranch@dbranchlaw.com

*Counsel for Plaintiff.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March 2022, a copy of the foregoing was served electronically via the Court's CM/ECF e-filing system on counsel for Defendants listed below.

Matthew Blecher
Assistant Attorney General
Civil Litigation Division, Section III
Office of the Attorney General for the District of Columbia
400 6th Street, N.W.
Washington, D.C. 20001
Phone: (202) 442-9774
Fax: (202) 730-0586
Email: matthew.blecher@dc.gov

Ryan Martini
Assistant Attorney General
Civil Litigation Division, Section III
Office of the Attorney General for the District of Columbia
400 6th Street, N.W.
Washington, DC 20001
Phone: (202) 724-7322
Fax: (202) 741-0555
Email: Ryan.Martini@dc.gov

*Counsel for Defendants.*

                                                        */s/ David A. Branch*
                                                        David A. Branch